IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A.,

    Plaintiff,                                           No. 2:13-cv-0348 GEB GGH PS

    vs.

ALICE KIRKPATRICK, et al.,

    Defendants.                                        ORDER

_____/

        On February 28, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that the Findings and Recommendations filed February 28, 2013, are ADOPTED and

1. This action is remanded to San Joaquin County Superior Court, Lodi Branch;

2. The Clerk is directed to serve a certified copy of this order on the Clerk of the San Joaquin County Superior Court, Lodi Branch, and reference the state case number (39-2012-00289560-CL-UD-LOD) in the proof of service; and

3. The Clerk is directed to close this case.

Dated:  April 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge